(A) THE PEOPLE OF THE STATE OF NEW YORK v. EDUARDO CHARRIEZ. (B) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM ELFE. (C) THE PEOPLE OF THE STATE OF NEW YORK v. RICHARD HARRIS. (D) THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE ANGELET. (E) THE PEOPLE OF THE STATE OF NEW YORK v. SALVATORE ODDO. (F) THE PEOPLE OF THE STATE OF NEW YORK v. LESLIE STANLEY, JR. (G) THE PEOPLE OF THE STATE OF NEW YORK v. RALPH FRECCIA, JR. (H) THE PEOPLE OF THE STATE OF NEW YORK v. SIXTO PICART. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ. (I) THE PEOPLE OF THE STATE OF NEW YORK v. EUGENE PRICE. (J) THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT DIEPPA. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.— [In each action] Motion for

leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.